IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANDISK CORPORATION,

    Plaintiff,

  v.

INFINEON TECHNOLOGIES AG,

    Defendant.
_____/

No. C 03-2931 MJJ

**ORDER**

    Before the Court is Defendant Infineon's administrative request to enlarge time allotted for the technology tutorial, scheduled for Friday, June 10, 2005, at 9:30 am. Specifically, Defendant Infineon requests 90 minutes to make its presentation. The Court hereby **GRANTS** Defendant's request. Both Defendant Infineon and Plaintiff SanDisk will be allotted 90 minutes to make their respective presentations. The Court notes, however, that the length and scope of the technology tutorial shall be dictated primarily by the Court as the Court deems necessary in light of the complexities of the inventions at issue.

    This Order terminates docket entry no. 102.

    **IT IS SO ORDERED.**

Dated: June 6, 2005                            _____/s/_____
                                                                           MARTIN J. JENKINS
                                                                           UNITED STATES DISTRICT JUDGE