HARVEY SISKIND JACOBS LLP
D. PETER HARVEY (State Bar No. 55712)
RANJITSINH MAHIDA (State Bar No. 206741)
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone:    415.354.0100
Facsimile:    415.391.7124

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
MARK E. FERGUSON (*pro hac vice*)
TAREK ISMAIL (*pro hac vice*)
KASPAR J. STOFFELMAYR (*pro hac vice*)
54 W. Hubbard Street, Suite 300
Chicago, Illinois  60610
Telephone:    312.494.4400
Facsimile:    312.494.4440

Attorneys for Defendant-Counterplaintiff
INFINEON TECHNOLOGIES AG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDISK CORPORATION, a Delaware corporation,<br><br>                    Plaintiff-Counterdefendant,<br><br>v.<br><br>INFINEON TECHNOLOGIES AG, a German corporation, and DOES I to X;<br><br>Defendants-Counterplaintiff. | Case No.:  C 03-02931 MJJ<br><br>[PROPOSED] ORDER ALLOWING DEFENDANT TO BRING DEMONSTRATIVE EVIDENCE TO COURTROOM FOR TECHNOLOGY TUTORIAL<br><br>**Date:  June 10, 2005**<br>**Time:  9:30 a.m.**<br><br>**Honorable Martin J. Jenkins** |

Defendant-counterplaintiff Infineon Technologies AG ("Infineon") has requested permission to bring certain items into this Courtroom for the Technology Tutorial scheduled to begin at 9:30 a.m. on June 10, 2005.  In particular, the items for which Infineon requests permission are as follows:

      1.    Up to five (5) laptop computers;

      2.    LCD projector and display screen;

1     3.   demonstrative white boards and easels;

2     4.   miscellaneous office supplies; and

3     5.   flip charts and easel.

After consideration of Infineon's request, and good cause appearing,

**IT IS HEREBY ORDERED** that Infineon be permitted to bring the aforementioned items into the Courthouse and into this Courtroom on June 10, 2005.

Dated: 6/8/2005

/s/
Honorable Martin J. Jenkins
United States District Court

APPROVED
Judge Martin J. Jenkins

-2-

[PROPOSED] ORDER ALLOWING DEFENDANT TO BRING
DEMONSTRATIVE EVIDENCE TO COURTROOM
FOR TECHNOLOGY TUTORIAL

CASE NO.: C 03-02931 MJJ