IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANDISK CORPORATION,

    Plaintiff,

v.

INFINEON TECHNOLOGIES AG,

    Defendant.

_____/

No. C 03-2931 MJJ

**SCHEDULING ORDER**

    The claim construction hearing, currently scheduled for Friday, June 24, 2005, at 10 am, is hereby **CONTINUED** to Friday, July 8, 2005, at 9:30 am.

    **IT IS SO ORDERED.**

Dated: June 20, 2005　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MARTIN J. JENKINS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE