MICHAEL A. LADRA, State Bar No. 064307
JAMES C. YOON, State Bar No. 177155
MICHAEL A. BERTA, State Bar No. 194650
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff
SANDISK CORPORATION

MARK E. FERGUSON *(pro hac vice)*
TAREK ISMAIL *(pro hac vice)*
KASPAR J. STOFFELMAYR *(pro hac vice)*
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, IL 60610
Telephone: (312) 494-4400
Facsimile: (312) 494-4440

D. PETER HARVEY, State Bar No. 55712
RANJITSINH MAHIDA, State Bar No. 206741
HARVEY SISKIND JACOBS LLP
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Defendant
INFINEON TECHNOLOGIES AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDISK CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> INFINEON TECHNOLOGIES AG, a German corporation, and DOES I to X; <br><br> Defendant. | CASE NO.: C 03-02931 MJJ <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CLAIM CONSTRUCTION HEARING** <br><br> Judge: Hon. Martin J. Jenkins <br><br> L.R. 7-11 |

STIPULATION AND [PROPOSED] ORDER
CASE NO. C 03-02931 MJJ

Pursuant to Local Rule 7-11, plaintiff SanDisk Corporation ("SanDisk") and defendant Infineon Technologies AG ("Infineon") jointly submit this stipulated motion to respectfully request the Court to reschedule the upcoming Claim Construction Hearing from its current setting, July 8, 2005, to September 16, 2005, or a date thereafter that is convenient for the Court.

As shown below, good cause exists for this requested continuance:

- The Claim Construction Hearing in this case was originally set for Friday, June 24, 2005. The Court, by order dated June 20, 2005, continued the hearing to July 8, 2005.
- Both parties have preexisting obligations that conflict with the current scheduled hearing date of July 8, 2005.
- In the process of conferring regarding potential alternate dates, the parties have certain other non-resolvable conflicts including: certain personal medical issues for counsel for Infineon in mid-to-late July 2005, a trial in Washington D.C. for counsel for SanDisk in late July through mid-August 2005, and personal medical leave for counsel for SanDisk in late August 2005.
- The first Friday for which counsel for Infineon and counsel for SanDisk can confirm availability is September 16, 2005.
- In addition, the parties have tentatively agreed to schedule a settlement conference between business persons this summer.

In light of the foregoing, SanDisk and Infineon respectfully request that the Court reschedule the Claim Construction Hearing for September 16, 2005, or a date thereafter at the Court's convenience, and vacate the Court's Case Management Conference scheduled for July 12, 2005 until after the Claim Construction Hearing.

Dated: June 29, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Michael A. Berta
     Michael A. Berta

Attorneys for Plaintiff/Counter-defendant
SANDISK CORPORATION

STIPULATION AND [PROPOSED] ORDER
CASE NO. C 03-02931 MJJ
-2-
2681939_1.DOC

| | |
|---|---|
| Dated:  June 29, 2005 | BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP |
| | By: /s/ Kaspar J. Stoffelmayr<br>　　　Kaspar J. Stoffelmayr |
| | Attorneys for Defendant/Counterplaintiff<br>INFINEON TECHNOLOGIES AG |

### ECF CERTIFICATION

I, Michael A. Berta, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE CLAIM CONSTRUCTION HEARING.  In compliance with General Order 45.X.B, I hereby attest that Kaspar Stoffelmayr has concurred in this filing.

| | |
|---|---|
| Dated:  June 29, 2005 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| | By: /s/  Michael A. Berta<br>　　　Michael A. Berta |
| | Attorneys for Plaintiff<br>SANDISK CORPORATION |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

| | |
|---|---|
| Dated: 7/8/2005 | /S/<br>Honorable Martin J. Jenkins<br>U.S. District Court Judge |