United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANDISK CORPORATION,

        Plaintiff,

  v.

INFINEON TECHNOLOGIES AG,

        Defendant.
_____/

No. C03-02931 MJJ

**ORDER RE-SETTING CLAIM CONSTRUCTION HEARING**

The Court, having been advised by the parties that they are in the process of settlement discussions, orders as follows:

If the parties have not filed a Notice of Settlement by November 28, 2005, the parties shall submit a joint statement listing three mutually-agreed upon proposed dates[1] when the parties are available for the claim construction hearing.

**IT IS SO ORDERED.**

Dated: October 26, 2005

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

---

[1] Excluding Tuesdays.