1  MARK E. FERGUSON (*pro hac vice*)
   BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
2  54 West Hubbard Street, Suite 300
   Chicago, IL 60610
3  Telephone: (312) 494-4400
   Facsimile: (312) 494-4440
4
   KASPAR J. STOFFELMAYR (*pro hac vice*)
5  SEAN C. GRIMSLEY (No. 216741)
   BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
6  1899 Wynkoop Street, 8th Floor
   Denver, CO 80202
7  Telephone: (303) 592-3100
   Facsimile: (303) 592-3140
8
9  D. PETER HARVEY (No. 55712)
   RANJITSINH MAHIDA (No. 206741)
   HARVEY SISKIND LLP
10 Four Embarcadero Center, 39th Floor
   San Francisco, CA 94111
11 Telephone: (415) 354-0100
   Facsimile: (415) 391-7124
12
   Attorneys for Defendant-Counterplaintiff
13 INFINEON TECHNOLOGIES AG

E-filing

**FILED**

FEB 2 7 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

14                UNITED STATES DISTRICT COURT
15                NORTHERN DISTRICT OF CALIFORNIA
16                    SAN FRANCISCO DIVISION

17 SANDISK CORPORATION, a Delaware       Case No.: C 03 02931 MJJ
   corporation,
18                                        **JOINT STIPULATION PURSUANT TO
         Plaintiff-Counterdefendant,       LOCAL RULE 6-1(a) TO EXTEND
19                                         TIME WITHIN WHICH TO ANSWER
                                           OR OTHERWISE PLEAD IN
20       v.                                RESPONSE TO THE SECOND
                                           AMENDED COMPLAINT**
21 INFINEON TECHNOLOGIES AG, a German
   corporation, and DOES I to X,
22
         Defendants-Counterplaintiff.
23

24
25       This Stipulation is entered into by and between Plaintiff-Counterdefendant SanDisk
26 Corporation ("SanDisk"), and Defendant-Counterplaintiff Infineon Technologies AG
27 ("Infineon") through their respective attorneys of record.

28 JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1(a) TO EXTEND                          1
   TIME WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD IN
   RESPONSE TO SECOND AMENDED COMPLAINT
   CASE NO. C 03 02931 MJJ

1. SanDisk served Infineon with its Second Amended Complaint on February 9, 2006.

2. Pursuant to Fed. R. Civ. P. 15(a), Infineon's response would be due on February 24, 2006.

3. The parties have jointly agreed to allow Infineon an additional twenty (20) days, through March 16, 2006, within which to answer or otherwise plead in response to Sandisk's Second Amended Complaint.

IT IS HEREBY STIPULATED, pursuant to Northern District of California Local Rule 6-1(a), by and between the undersigned counsel for the parties, that:

Infineon shall have an additional twenty (20) days, through March 16, 2006, to answer or otherwise plead in response to Sandisk's Second Amended Complaint.

DATED: February 22, 2006          Respectfully submitted,

                                  HARVEY SISKIND LLP

                                  By: /s/ Ranjitsinh Mahida

                                  Attorneys for Defendant-Counterplaintiff
                                  INFINEON TECHNOLOGIES AG

DATED: February 22, 2006          Respectfully submitted,

                                  WILSON SONSINI GOODRICH & ROSATI

                                  By: /s/ Michael A. Berta

                                  Attorneys for Plaintiff-Counterdefendant
                                  SANDISK CORPORATION


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: 2/27/2006                  _____
                                  The Honorable Martin J. Jenkins
                                  UNITED STATES DISTRICT JUDGE

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1(a) TO EXTEND
TIME WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD IN
RESPONSE TO SECOND AMENDED COMPLAINT
CASE NO. C 03 02931 MJJ

2

1  I, Ranjitsinh Mahida, am the ECF user whose identification and password are being used to file this Joint Stipulation Pursuant to Local Rule 6-1(a) to Extend Time Within Which to Answer or Otherwise Plead in Response to the Second Amended Complaint. In compliance with General Order 45(X)(B), I hereby attest that concurrence in this filing has been obtained from each of the other signatories.

By: /s/ Ranjitsinh Mahida

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1(a) TO EXTEND
TIME WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD IN
RESPONSE TO SECOND AMENDED COMPLAINT
CASE NO. C 03 02931 MJJ

3