MICHAEL A. LADRA, State Bar No. 64307
JAMES C. YOON, State Bar No. 177155
MICHAEL A. BERTA, State Bar No. 194650
ARIANA M. CHUNG-HAN, State Bar No. 197572
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100

Attorneys for Plaintiff
SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDISK CORPORATION, a Delaware corporation, <br><br> Plaintiff-Counterdefendant <br><br> v. <br><br> INFINEON TECHNOLOGIES AG, A German corporation, and DOES I-X <br><br> Defendants-Counterplaintiff. | CASE NO.:  c 03-02931 MJJ <br><br> [PROPOSED] ORDER AND SANDISK'S MISCELLANEOUS ADMINSTRATIVE REQUEST FOR ENTRY OF EQUIPMENT AND DEMONSTRATIVE EXHIBITS INTO COURT FOR MARKMAN HEARING <br><br> Date:  March 24, 2006 <br> Time:  2:30 p.m. <br><br> Honorable Martin J. Jenkins |

Plaintiff SanDisk respectfully request the Court's permission to bring the following

equipment and demonstrative exhibits into the courtroom and set-up before the claim

construction hearing scheduled for March 24, 2006:

**EQUIPMENT**

1.      2 Dell Laptops;

2.      1 Elmo HV-5000;

3.      2 Viewsonic 15" Flatplanel Displays;

[PROPOSED] ORDER AND MISC. ADMIN. REQUEST
RE ENTRY OF EQUIPMENT For MARKMAN HEARING

CASE NO. C 03-02931 MJJ                    -1-                    C:\NrPortbl\PALIB1\AM7\2742318_2.DOC

4.      1 Sanyo 4500 lurmens LCD Projector;

5.      1 Da-lite 8' Projection Screen;

6.      1 Extron ADA 6 Distributioin Amps;

7.      1 Extron 4x1 Switcher; and

8.      2 Easel

**DEMONSTRATIVE EXHIBITS**

9.      Demonstrative Boards


Dated:  March 7, 2006          WILSON SONSINI GOODRICH & ROSATI
                               Professional Corporation


                               By:    /s/ Ariana Chung-Han
                                       Ariana Chung-Han

                               Attorneys for Plaintiff
                               SANDISK CORPORATION


After consideration and good cause appearing,

IT IS SO ORDERED.


Dated:  3/9/2006          _____
                          The Honorable Martin J. Jenkins
                          UNITED STATES DISTRICT JUDGE