1  MARK E. FERGUSON (*pro hac vice*)
   BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
2  54 West Hubbard Street, Suite 300
   Chicago, IL  60610
3  Telephone: (312) 494-4400
   Facsimile: (312) 494-4440
4
   KASPAR J. STOFFELMAYR (*pro hac vice*)
5  SEAN C. GRIMSLEY (No. 216741)
   BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
6  1899 Wynkoop Street, 8th Floor
   Denver, CO  80202
7  Telephone: (303) 592-3100
   Facsimile: (303) 592-3140
8
   D. PETER HARVEY (No. 55712)
9  RANJITSINH MAHIDA (No. 206741)
   HARVEY SISKIND LLP
10 Four Embarcadero Center, 39th Floor
   San Francisco, CA  94111
11 Telephone: (415) 354-0100
   Facsimile: (415) 391-7124
12
   Attorneys for Defendant-Counterplaintiff
13 INFINEON TECHNOLOGIES AG

14                    IN THE UNITED STATES DISTRICT COURT

15                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                            SAN FRANCISCO DIVISION

17

| | |
|---|---|
| 18  SANDISK CORPORATION, a Delaware corporation, | Case No.:  C 03-02931 MJJ |
| 19              Plaintiff-Counterdefendant,<br>     v. | [~~PROPOSED~~] ORDER ALLOWING DEFENDANT TO BRING DEMONSTRATIVE EVIDENCE TO COURTROOM FOR MARKMAN HEARING |
| 20<br>21  INFINEON TECHNOLOGIES AG, a German corporation, and DOES I to X; | |
| 22  Defendants-Counterplaintiff. | Date:  March 24, 2006<br>Time:  2:30 p.m. |
| 23 | Honorable Martin J. Jenkins |

24

25       Defendant-counterplaintiff Infineon Technologies AG ("Infineon") has requested permission

26 to bring certain items into this Courtroom for the Markman hearing scheduled to begin at 2:30 p.m.

27 on March 24, 2006.  In particular, the items for which Infineon requests permission are as follows:

28

1     1.     At least three (3) laptop computers;

2     2.     LCD projector, display table, and pull-up screen;

3     3.     demonstrative whiteboards, foamboards, and easels;

4     4.     miscellaneous office supplies and boxes; and

5     5.     power cords, power strips, and toggle switch for LCD projector.

6     After consideration of Infineon's request, and good cause appearing,

7     **IT IS HEREBY ORDERED** that Infineon be permitted to bring the aforementioned items into

8 the Courthouse and into this Courtroom on March 24, 2006.

11 Dated:  03/06/2006

                                 Honorable Martin J. Jenkins
                                 United States District Court

-2-