MICHAEL A. LADRA, State Bar No. 064307
JAMES C. YOON, State Bar No. 177155
MICHAEL A. BERTA, State Bar No. 194650
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff
SANDISK CORPORATION

MARK E. FERGUSON *(pro hac vice)*
TAREK ISMAIL *(pro hac vice)*
KASPAR J. STOFFELMAYR *(pro hac vice)*
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, IL 60610
Telephone: (312) 494-4400
Facsimile: (312) 494-4440

D. PETER HARVEY, State Bar No. 55712
RANJITSINH MAHIDA, State Bar No. 206741
HARVEY SISKIND JACOBS LLP
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Defendant
INFINEON TECHNOLOGIES AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDISK CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INFINEON TECHNOLOGIES AG, a German corporation, and DOES I to X;<br><br>Defendant. | CASE NO.: C 03-02931 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER WITHDRAWING COUNTERCLAIM AND DISMISSING CLAIMS REGARDING U.S. PATENT NO. 6,026,002**<br><br>Judge: Hon. Martin J. Jenkins<br><br>L.R. 7-12 |

STIPULATION AND [PROPOSED] ORDER
CASE NO. C 03-02931 MJJ

Pursuant to Local Rule 7-12, plaintiff SanDisk Corporation ("SanDisk") and defendant Infineon Technologies AG ("Infineon") jointly submit this stipulation and [proposed] order withdrawing all claims and counterclaims regarding U.S. Patent No. 6,026,002 (the "'002 patent").

1. Infineon filed its amended counterclaim asserting infringement of the '002 patent by SanDisk in paragraphs 6 through 12 on August 12, 2004 ("Amended Counterclaim").

2. SanDisk filed its second amended complaint asserting noninfringement, invalidity and unenforceability of the '002 patent in paragraphs 5 through 35 on February 9, 2006 ("Second Amended Complaint" or "SAC").

3. The parties have entered into an agreement whereby Infineon has covenanted not to assert the '002 patent against SanDisk or its customers and manufacturers for infringement based upon the products that are the subject of SanDisk's request for declaratory judgment of noninfringement of the '002 patent as contained in SanDisk's Second Amended Complaint; and whereby SanDisk has agreed to dismiss without prejudice its claims against Infineon for declaratory judgment of noninfringement, invalidity and unenforceability of the '002 patent.

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties, that:

Infineon's counterclaim for infringement of the '002 patent, as contained in the First Claim for Relief of the Amended Counterclaim (¶¶ 6-12) and its prayer for relief, shall be dismissed without prejudice; and

SanDisk's requests for declaratory judgment of noninfringement, invalidity and unenforceability of the '002 patent, as contained in Causes of Action One, Two and Three of the SAC (¶¶ 5- 35) and its prayer for relief, shall be dismissed without prejudice.

Dated: March 16, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/
Michael A. Berta

Attorneys for Plaintiff/Counter-defendant
SANDISK CORPORATION

| | | |
|---|---|---|
| 1 | Dated: March 16, 2006 | BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP |

By: /s/
Kaspar J. Stoffelmayr

Attorneys for Defendant/Counterplaintiff
INFINEON TECHNOLOGIES AG

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/20/2006

_____
Honorable Martin J. Jenkins
U.S. District Court Judge

### ECF CERTIFICATION

I, Michael A. Berta, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER WITHDRAWING COUNTERCLAIM AND DISMISSING CLAIMS REGARDING U.S. PATENT NO. 6,026,002. In compliance with General Order 45.X.B, I hereby attest that Kaspar Stoffelmayr has concurred in this filing.

Dated: March 16, 2005                    WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation

By: /s/
Michael A. Berta

Attorneys for Plaintiff
SANDISK CORPORATION