| | |
|---|---|
| 1 | MARK E. FERGUSON (*pro hac vice*) |
|   | BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP |
| 2 | 54 West Hubbard Street, Suite 300 |
|   | Chicago, IL  60610 |
| 3 | Telephone: (312) 494-4400 |
|   | Facsimile: (312) 494-4440 |
| 4 | |
|   | KASPAR J. STOFFELMAYR (*pro hac vice*) |
| 5 | SEAN C. GRIMSLEY (No. 216741) |
|   | BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP |
| 6 | 1899 Wynkoop Street, 8th Floor |
|   | Denver, CO  80202 |
| 7 | Telephone: (303) 592-3100 |
|   | Facsimile: (303) 592-3140 |
| 8 | |
|   | D. PETER HARVEY (No. 55712) |
| 9 | RANJITSINH MAHIDA (No. 206741) |
|   | HARVEY SISKIND LLP |
| 10 | Four Embarcadero Center, 39th Floor |
|    | San Francisco, CA  94111 |
| 11 | Telephone: (415) 354-0100 |
|    | Facsimile: (415) 391-7124 |
| 12 | |
|    | Attorneys for Defendant-Counterplaintiff |
| 13 | INFINEON TECHNOLOGIES AG |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDISK CORPORATION, a Delaware corporation, | Case No.:  C 03-02931 MJJ |
| Plaintiff-Counterdefendant, | **[PROPOSED] ORDER ALLOWING DEFENDANT TO BRING DEMONSTRATIVE EVIDENCE TO COURTROOM FOR MARKMAN HEARING** |
| v. | |
| INFINEON TECHNOLOGIES AG, a German corporation, and DOES I to X; | |
| Defendants-Counterplaintiff. | Date:  April 26, 2006<br>Time:  2:30 p.m.<br><br>**Honorable Martin J. Jenkins** |

Defendant-counterplaintiff Infineon Technologies AG ("Infineon") has requested permission to bring certain items into this Courtroom for the Markman hearing scheduled to begin at 2:30 p.m. on April 26, 2006.  In particular, the items for which Infineon requests permission are as follows:

1.     1.     At least three (3) laptop computers;
2.     2.     LCD projector, display table, and pull-up screen;
3.     3.     demonstrative whiteboards, foamboards, and easels;
4.     4.     miscellaneous office supplies and boxes; and
5.     5.     power cords, power strips, and toggle switch for LCD projector.

After consideration of Infineon's request, and good cause appearing,

**IT IS HEREBY ORDERED** that Infineon be permitted to bring the aforementioned items into the Courthouse and into this Courtroom on April 26, 2006.

Dated: 4/12/2006

*/s/ Martin J. Jenkins*

Honorable Martin J. Jenkins
United States District Court

-2-

[PROPOSED] ORDER ALLOWING DEFENDANT TO BRING DEMONSTRATIVE EVIDENCE TO COURTROOM FOR MARKMAN HEARING     CASE NO.: C 03-02931 MJJ