MICHAEL A. LADRA, State Bar No. 64307
JAMES C. YOON, State Bar No. 177155
MICHAEL A. BERTA, State Bar No. 194650
ARIANA M. CHUNG-HAN, State Bar No. 197572
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff
SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDISK CORPORATION, a Delaware corporation, <br><br> Plaintiff-Counterdefendant <br><br> v. <br><br> INFINEON TECHNOLOGIES AG, A German corporation, and DOES I-X <br><br> Defendants-Counterplaintiff. | CASE NO.: c 03-02931 MJJ <br><br> [PROPOSED] ORDER AND SANDISK'S MISCELLANEOUS ADMINSTRATIVE REQUEST FOR ENTRY OF EQUIPMENT AND DEMONSTRATIVE EXHIBITS INTO COURT FOR MARKMAN HEARING <br><br> Date: April 26, 2006 <br> Time: 2:30 p.m. <br><br> Honorable Martin J. Jenkins |

Plaintiff SanDisk respectfully request the Court's permission to bring the following equipment and demonstrative exhibits into the courtroom and set-up before the claim construction hearing scheduled for April 26, 2006:

**EQUIPMENT**

1.  2 Dell Laptops;

2.  1 Elmo HV-5000;

3.  2 Viewsonic 15" Flatpanel Displays;

|   |    |                                      |
|---|----|--------------------------------------|
| 4.| 1 Sanyo 4500 lurmens LCD Projector;  |
| 5.| 1 Da-lite 8' Projection Screen;      |
| 6.| 1 Extron ADA 6 Distributioin Amps;   |
| 7.| 1 Extron 4x1 Switcher; and           |
| 8.| 2 Easel                              |

**DEMONSTRATIVE EXHIBITS**

9. Demonstrative Boards

Dated: April 11, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Ariana Chung-Han
Ariana Chung-Han

Attorneys for Plaintiff
SANDISK CORPORATION

After consideration and good cause appearing,

IT IS SO ORDERED.

Dated: 4/12/2006

The Honorable Martin J. Jenkins
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER AND MISC. ADMIN. REQUEST
RE ENTRY OF EQUIPMENT FOR MARKMAN HEARING
CASE NO. C 03-02931 MJJ                         -2-   C:\Documents and Settings\mec\Local Settings\Temporary Internet Files\2742318_3.DOC