| | |
|---|---|
| 1 | MARK E. FERGUSON (*pro hac vice*) |
| | BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP |
| 2 | 54 West Hubbard Street, Suite 300 |
| | Chicago, IL  60610 |
| 3 | Telephone: (312) 494-4400 |
| | Facsimile: (312) 494-4440 |
| 4 | |
| | KASPAR J. STOFFELMAYR (*pro hac vice*) |
| 5 | SEAN C. GRIMSLEY (No. 216741) |
| | BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP |
| 6 | 1899 Wynkoop Street, 8th Floor |
| | Denver, CO  80202 |
| 7 | Telephone: (303) 592-3100 |
| | Facsimile: (303) 592-3140 |
| 8 | |
| | D. PETER HARVEY (No. 55712) |
| 9 | RANJITSINH MAHIDA (No. 206741) |
| | HARVEY SISKIND LLP |
| 10 | Four Embarcadero Center, 39th Floor |
| | San Francisco, CA  94111 |
| 11 | Telephone: (415) 354-0100 |
| | Facsimile: (415) 391-7124 |
| 12 | |
| | Attorneys for Defendant-Counterplaintiff |
| 13 | INFINEON TECHNOLOGIES AG |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDISK CORPORATION, a Delaware corporation, | Case No.:  C 03-02931 MJJ |
| Plaintiff-Counterdefendant, | **[PROPOSED] ORDER ALLOWING DEFENDANT TO BRING DEMONSTRATIVE EVIDENCE TO COURTROOM FOR MARKMAN HEARING** |
| v. | |
| INFINEON TECHNOLOGIES AG, a German corporation, and DOES I to X; | |
| Defendants-Counterplaintiff. | **Date:  June 7, 2006** |
| | **Time:  2:30 p.m.** |
| | **Honorable Martin J. Jenkins** |

Defendant-counterplaintiff Infineon Technologies AG ("Infineon") has requested permission to bring certain items into this Courtroom for the Markman hearing scheduled to begin at 2:30 p.m. on June 7, 2006. In particular, the items for which Infineon requests permission are as follows:

1. At least three (3) laptop computers;
2. LCD projector, display table, and pull-up screen;
3. demonstrative whiteboards, foamboards, and easels;
4. miscellaneous office supplies and boxes; and
5. power cords, power strips, and toggle switch for LCD projector.

After consideration of Infineon's request, and good cause appearing,

**IT IS HEREBY ORDERED** that Infineon be permitted to bring the aforementioned items into the Courthouse and into this Courtroom on June 7, 2006.

Dated: 6/1/2006

_____
Honorable Martin J. Jenkins
United States District Court

-2-

[PROPOSED] ORDER ALLOWING DEFENDANT TO BRING　　　　　CASE NO.: C 03-02931 MJJ
DEMONSTRATIVE EVIDENCE TO COURTROOM
FOR MARKMAN HEARING