MICHAEL A. LADRA, State Bar No. 64307
JAMES C. YOON, State Bar No. 177155
MICHAEL A. BERTA, State Bar No. 194650
ARIANA M. CHUNG-HAN, State Bar No. 197572
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff
SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDISK CORPORATION, a Delaware corporation,<br><br>    Plaintiff-Counterdefendant<br><br>  v.<br><br>INFINEON TECHNOLOGIES AG, A German corporation, and DOES I-X<br><br>    Defendants-Counterplaintiff. | CASE NO.: c 03-02931 MJJ<br><br>[~~PROPOSED~~] ORDER AND SANDISK'S MISCELLANEOUS ADMINSTRATIVE REQUEST FOR ENTRY OF EQUIPMENT AND DEMONSTRATIVE EXHIBITS INTO COURT FOR MARKMAN HEARING<br><br>Date: June 7, 2006<br>Time: 2:30 p.m.<br><br>Honorable Martin J. Jenkins |

Plaintiff SanDisk respectfully request the Court's permission to bring the following equipment and demonstrative exhibits into the courtroom and set-up before the claim construction hearing scheduled for 2:30 p.m. on June 7, 2006:

**EQUIPMENT**

1.    2 Dell Laptops;

2.    1 Elmo HV-5000;

3.    2 Viewsonic 15" Flatplanel Displays;

| | | |
|---|---|---|
| 4. | 1 Sanyo 4500 lurmens LCD Projector; | |
| 5. | 1 Da-lite 8' Projection Screen; | |
| 6. | 1 Extron ADA 6 Distributioin Amps; | |
| 7. | 1 Extron 4x1 Switcher; and | |
| 8. | 2 Easel | |

**DEMONSTRATIVE EXHIBITS**

9. Demonstrative Boards

Dated: June 1, 2006          WILSON SONSINI GOODRICH & ROSATI
                             Professional Corporation


                             By:    /s/ Ariana Chung-Han
                                       Ariana Chung-Han

                             Attorneys for Plaintiff
                             SANDISK CORPORATION

After consideration and good cause appearing,

IT IS SO ORDERED.


Dated:  6/2/2006

                                     The Honorable Martin J. Jenkins
                                     UNITED STATES DISTRICT JUDGE