```
 1  MICHAEL A. LADRA (No. 64307)
    JAMES C. YOON (No. 177155)
 2  MICHAEL A. BERTA (No.194650)
    WILSON SONSINI GOODRICH & ROSATI
 3  650 Page Mill Road
    Palo Alto, CA 94304-1050
 4  Telephone: (650) 493-9300
    Facsimile: (650) 565-5100
 5
    Attorneys for Plaintiff
 6  SANDISK CORPORATION

 7  MARK E. FERGUSON (pro hac vice)
    BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
 8  54 West Hubbard Street, Suite 300
    Chicago, IL 60610
 9  Telephone: (312) 494-4400
    Facsimile: (312) 494-4440
10
    KASPAR J. STOFFELMAYR (pro hac vice)
11  SEAN C. GRIMSLEY (No. 216741)
    BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
12  1899 Wynkoop Street, 8th Floor
    Denver, CO 80202
13  Telephone: (303) 592-3100
    Facsimile: (303) 592-3140
14
    D. PETER HARVEY (No. 55712)
15  RAFFI V. ZEROUNIAN (No. 236388)
    HARVEY SISKIND LLP
16  Four Embarcadero Center, 39th Floor
    San Francisco, CA 94111
17  Telephone: (415) 354-0100
    Facsimile: (415) 391-7124
18
    Attorneys for Defendant-Counterplaintiff
19  INFINEON TECHNOLOGIES AG
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SANDISK CORPORATION, a Delaware corporation,<br><br>    Plaintiff-Counterdefendant,<br><br>v.<br><br>INFINEON TECHNOLOGIES AG, a German corporation,<br><br>    Defendants-Counterplaintiff. | Case No.: C 03 02931 MJJ<br><br>**STIPULATION TO DISMISS AND [~~PROPOSED~~] ORDER** |
|---|---|

STIPULATION AND [PROPOSED] ORDER
CASE NO. C 03-02931 MJJ

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and Local Rule 7-12 plaintiff
2  SanDisk Corporation ("SanDisk") and defendant Infineon Technologies AG ("Infineon") jointly
3  submit this stipulation and [proposed] order dismissing this action, including all claims and
4  counterclaims, without prejudice, each party to bear its own costs and fees. The parties further
5  agree and stipulate that this dismissal serves as a first dismissal of any action based on or
6  including these claims for purposes of Federal Rule of Civil Procedure 41(a)(1).

7  Dated: September 19, 2007             WILSON SONSINI GOODRICH & ROSATI
                                         Professional Corporation
8
9                                        By:_____/s/ Michael A. Berta_____
                                              Michael A. Berta
10
                                         Attorneys for Plaintiff/Counter-defendant
11                                       SANDISK CORPORATION

12  Dated: September 19, 2007             BARTLIT BECK HERMAN
                                          PALENCHAR & SCOTT LLP
13
14
                                          By:_____/s/ Kaspar J. Stoffelmayr_____
15                                             Kaspar J. Stoffelmayr

16                                        Attorneys for Defendant/Counterplaintiff
                                          INFINEON TECHNOLOGIES AG
17

18
19  PURSUANT TO STIPULATION, IT IS SO ORDERED.

20
21  Dated: 9/21/2007                      _____
                                                Honorable Martin J. Jenkins
22                                              U.S. District Court Judge

23

24                                **ECF CERTIFICATION**

25      I, Michael A. Berta, am the ECF User whose identification and password are being used
26  to file this STIPULATION TO DISMISS AND [PROPOSED] ORDER. In compliance with
27  General Order 45.X.B, I hereby attest that Kaspar J. Stoffelmayr has concurred in this filing.

28

STIPULATION AND [PROPOSED] ORDER           -2-           Stipulaton to dismiss final 091907 (3).DOC
CASE NO. C 03-02931 MJJ

| | | |
|---|---|---|
| 1 | Dated: September 19, 2007 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| | | |
| | | By: _____/s/ Michael A. Berta_____<br>    Michael A. Berta |
| | | Attorneys for Plaintiff/Counter-defendant<br>SANDISK CORPORATION |